Filed
2/3/2023 4:48 PM
Beverley McGrew Walker
District Clerk
Fort Bend County, Texas
Shelby Taylor

EXHIBIT C-1

No. 23-DCV-300975

| | | |
|---|---|---|
| IRENE RUIZ, Plaintiff | § § § § § § § § § § § § | IN THE DISTRICT COURT OF |
| VS. | | FORT BEND COUNTY, TEXAS |
| DEUTCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF16, ASSET BACKED CERTIFICATES, SERIES 2006-FF16, and SPECIALIZED LOAN SERVICING, LLC, Defendants | | Fort Bend County - 434th Judicial District Court<br><br>_____ JUDICIAL DISTRICT |

**PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Irene Ruiz files this Original Petition and Request for Temporary Restraining Order and Temporary Injunction. Plaintiff is the owner of the real property located in Katy, Fort Bend County, Texas, commonly known as 5710 Ashley Spring Ct, Katy, Texas. Defendant DEUTCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF16, ASSET BACKED CERTIFICATES, SE RIES 2006-FF16 purports to be the holder of a mortgage on the property.

Defendant DEUTCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF16, ASSET BACKED CERTIFICATES, SERIES 2006-FF16, and its servicer, SPECIALIZED LOAN SERVICING COMPANY have instituted foreclosure proceeding on the property. Defendants posted this property on December 21, 2022. Plaintiff never received notice of the foreclosure as require by the Texas Property Code.

**Plaintiff Shows as Follows:**

1

**Discovery Plan**

Plaintiff intends to conduct discovery under Texas Rule of Civil Procedure 190.1, level 2.

**Parties**

Plaintiff Irene Ruiz is an individual who, at all relevant times to this lawsuit, owned the property located at 5710 Ashley Spring Ct, Katy, Texas, which is the subject of this suit.

Defendant DEUTCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF16, ASSET BACKED CERTIFICATES, SERIES 2006-FF16, that conducts business in Texas, as a mortgage company and a mortgage servicer. Deutsche Bank may be served with process through its registered agent as follows:

> DEUTCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF16, ASSET BACKED CERTIFICATES, SERIES 2006-FF16
>
> C/O CT Corporation System
> 1999 Bryan Street, Suite 900
> Dallas, Texas 75201.

Defendant SPECIALIZED LOAN SERVICING. LLC, is a corporation that conducts business in Texas, as a mortgage company and a mortgage servicer. Specialized may be served with process through its registered agent as follows:

> SPECIALIZED LOAN SERVICING, LLC
>
> C/O CT Corporation System
> 1999 Bryan Street, Suite 900
> Dallas, Texas 75201.

**Venue and Jurisdiction**

Venue is proper in Fort Bend County, Texas, as Plaintiff seeks an order related to ownership, control and damages related to real property located in Fort Bend County, Texas. Plaintiff also seeks an injunction precluding the Defendant from selling the property at a foreclosure sale on Tuesday, February 7, 2023.

Jurisdiction is proper in this Court as Plaintiff seeks damages well in excess of the minimum jurisdiction of this court.

**Factual Background**

Plaintiff is the owner the property known as 5710 Ashley Spring Ct, Katy, Texas. Ms. Ruiz purchased the property located at 5710 Ashley Spring Ct in 2006. The property is her principal residence. Ms. Ruiz purchased the property while in a relationship with Victor Gomez when she purchased this property. Mr. Gomez and Ms. Ruiz were never legally married.

Ms. Ruiz and Mr. Gomez separated in 2010, and Ms. Ruiz moved out of the house for approximately 2 years, during which time she leased the house. While she resided outside of the property, she rented a Post Office Box in Richmond, Texas. She received all of her mail at that Post Office Address for over two years. The Fort Bend County Appraisal District still shows her address to be the Post Office Box in Richmond. See Exhibit A. Ms. Ruiz closed that Post Office Box many years ago – she moved back into the Property in 2012.

Ms. Ruiz has lived in the property constantly since 2012. **She never received a notice of foreclosure.** She first learned of the pending foreclosure when she started to

receive telephone calls and solicitation letters from lawyers or investors seeking to purchase the property.

Ms. Ruiz believes that Specialized Loan Servicing may have sent the foreclosure notice to her old Post Office Box address. She works out of the house and is at home during the normal business day. Her mail is delivered to a common street box at the end of the street. She has never received a certified letter from either Specialized Loan Servicing nor any bank related to the foreclosure notice for February 2023. She has never received a post card notice that she had a certified letter for pick-up either.

In the summer of 2022, Ms. Ruiz was in contact with Specialized Loan Servicing about modifying the loan or receiving permission to do a short sale. She was receiving telephone calls and e-mails from Specialized Loan Servicing on a regular basis starting in August 2022. She was never told during this process that the formal foreclosure process had actually started.

Ms. Ruiz intends to sell the property a soon as possible and will pay the mortgage upon sale. She estimates that she has $25,000 in equity in the house and has a buyer who has the ability to pay for the property. Plaintiff needs additional time to document the sale and close the transaction. If the foreclosure goes forward, Plaintiff will be harmed by the further deterioration of her credit and she will lose the limited amount of equity she has in the house.

The above recited factual allegations are verified in Exhibit A.

**Legal Analysis and Argument**

Plaintiff has not received notice of the purported foreclosure sale. This foreclosure must be stopped for failure to provide legal notice of the foreclosure.

Prior to the auction of the property at foreclosure, the Texas Property Code requires that the mortgage holder provide notice of the sale to the owner by certified mail. Tex. Prop. Code Section 51.002. Plaintiff did not receive any such notice, despite being in contact with Specialized Loan Servicing before and during the time that the property was actually posted for foreclosure at the Courthouse.

**Actual Damages**

Plaintiff will suffer actual damages if this foreclosure is not enjoined. These damages include loss of use of the property and cost of litigation to recover the property. These damages will be irreparable.

Plaintiff has been damaged far in excess of the minimum jurisdictional limits of this Court.

**Conclusion and Prayer**

Plaintiff prays that this Court issue a temporary restraining order and temporary injunction requiring the Defendants to remove the property at 5710 Ashley Spring Ct, Katy, Texas, from the foreclosure sale scheduled for February 7, 2023. Plaintiff requests, that on final trial of this matter, Defendants be ordered to properly notice and proceed with foreclosure if necessary. Plaintiffs also requests all other relief, legal and equitable, to which she may be entitled

Respectfully submitted,

JAMES H. MILLER

*/s/ James H. Miller*

_____

JAMES H. MILLER
State Bar No. 14081500
P.O. Box 540848
Houston, Texas 77254-0848
(713) 529-1234 Telephone
e-mail: jitmiller@outlook.com

ATTORNEY FOR PLAINTIFFS

# Exhibit A

No. _____

| | | |
|---|---|---|
| IRENE RUIZ, Plaintiff | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | FORT BEND COUNTY, TEXAS |
| | § | |
| DEUTCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF16, ASSET BACKED CERTIFICATES, SERIES 2006-FF16, and SPECIALIZED LOAN SERVICING, LLC, Defendants | § § § § § § § § | _____ JUDICIAL DISTRICT |

## VERIFICATION OF PLAINTIFFS' ORIGINAL PETITION, APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY AND PERMANENT INJUNCTION

Before me, the undersigned authority, on this day appeared IRENE RUIZ, who, upon her oath, stated as follows:

My name is Irene Ruiz. I own the property known as 5710 Ashley Spring Ct, Katy, Texas. I have personal knowledge of the facts recited within this verification filed in support of my request for temporary and permanent injunction.

I purchased the property located at 5710 Ashley Spring Ct in 2006. The property is my principal residence. At the time, I was in a relationship with Victor Gomez whom I considered my common-law husband but was never legally married to him. I purchased the house in my name only and the mortgage was in my name. We separated in 2010 when I moved out of the house and leased it. During the time I was out of the house, I maintained a Post Office Box address, 1860 FM 359, #248, Richmond, Texas 77406. However, I have not used this address in many years.

The Fort Bend County Appraisal District still maintains this address as my mailing address. A copy of the Fort Bend County Appraisal District owner information is attached to this affidavit.

I have lived in the property constantly since 2012. **I have never received a notice of foreclosure.** I first learned of the pending foreclosure when I started to receive telephone calls and solicitation letters from lawyers or investors seeking to purchase the property. I believe that Specialized Loan Servicing may have sent the foreclosure notice to my old PO Box address.

1

I work out of my house and am at home during the normal business day. My mail is delivered to a common street box at the end of my street. I have never received a certified letter from either Specialized Loan Servicing or any bank related to the foreclosure notice for February 2023. I have never received a post card notice that I had a certified letter for pick-up either.

In the summer of 2022, I was in contact with Specialized Loan Servicing about modifying my loan or receiving permission to do a short sale. I was receiving telephone calls and e-mails from Specialized Loan Servicing on a regular basis starting in August 2022. I was never told during this process that the formal foreclosure process had actually started.

I intend to sell the property a soon as possible and will pay the mortgage upon sale. I estimate that I have $25,000 in equity in the house. I have a buyer who has the ability to pay for the property, but we need additional time to document the sale and close the transaction. If the foreclosure goes forward, I will be harmed by the further deterioration of my credit and I will lose the limited mount of equity

FURTHER AFFIANT SAYETH NOT

_____
Irene Ruiz

**STATE OF TEXAS**

**COUNTY OF FORT BEND**

Before me, the undersigned notary, on this day personally appeared Irene Ruiz, and after being duly sworn, stated under oath that she is the owner of 5710 Ashley Spring Ct, she has read the foregoing verification, and that every statement contained in the verification is within and based upon her personal knowledge and is true and correct.

Subscribed and sworn before me this 3rd day of February, 2023, by Irene Ruiz.

Printed Name: RASHIDA KACHWALA
NOTARY PUBLIC FOR THE STATE OF TEXAS

RASHIDA KACHWALA
Notary Public, State of Texas
Comm. Expires 06-20-2026
Notary ID 131612637

2

## 🔖 Property Details

### Account

| | |
|---|---|
| **Quick Ref ID:** | R237380 |
| **Legal Description:** | GRAND LAKES SEC 5, BLOCK 2, LOT 74 |
| **Geographic ID:** | 3519-05-002-0740-914 |
| **Agent:** | |
| **Type:** | Real Residential |

### Location

| | |
|---|---|
| **Address:** | 5710 Ashley Spring CT, Katy, TX 77494 |
| **Map ID:** | Z-021 |
| **Neighborhood CD:** | 9162 |

### Owner

| | |
|---|---|
| **Owner ID:** | O0439978 |
| **Name:** | Ruiz, Irene |
| **Mailing Address:** | 1860 Fm 359 RD<br># 248<br>Richmond, TX 77406-1296 |
| **% Ownership:** | 100.0% |
| **Exemptions:** | HS - Homestead<br>For privacy reasons not all exemptions are shown online. |

## 🔖 Property Values

| | |
|---|---:|
| **Improvement Homesite Value:** | $403,510 |
| **Improvement Non-Homesite Value:** | $0 |
| **Land Homesite Value:** | $88,000 |
| **Land Non-Homesite Value:** | $0 |
| **Agricultural Market Valuation:** | $0 |
| **Value Method:** | COST |
| **Market Value:** | $491,510 |
| **Ag Use Value:** | $0 |
| **Appraised Value:** | $491,510 |
| **Homestead Cap Loss:** ❓ | $85,180 |
| **Assessed Value:** | $406,330 |

> The 2022 appraisal roll is certified, and most values displayed are certified values. Some values are subject to change.

**DISCLAIMER** Information provided for research purposes only. Legal descriptions and acreage amounts are for appraisal district use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## 🔖 Property Taxing Jurisdiction

| Entity | Description | Market Value | Taxable Value |
|---|---|---:|---:|
| D01 | Fort Bend Drainage | $491,510 | $325,064 |
| G01 | Fort Bend General | $491,510 | $325,064 |

| | | | |
|---|---|---|---|
| M123 | Grand Lakes MUD 4 | $491,510 | $406,330 |
| R33 | Harris-Fort Bend ESD 100 | $491,510 | $325,064 |
| S13 | Katy ISD | $491,510 | $366,330 |
| W18 | Grand Lakes WCID | $491,510 | $406,330 |

**Total Tax Rate:** 0.000000